1 | VENABLE LLP
2 | Brett A. Garner (SBN 215043)
  | Tamany Vinson Bentz (SBN 258600)
3 | Email:    bagarner@venable.com
4 |           tjbentz@venable.com
  | 2049 Century Park East, Suite 2100
5 | Los Angeles, CA  90067
  | Telephone:  (310) 229-9900
6 | Facsimile:   (310) 229-9901
7 |
8 | *Attorney for Plaintiff New Day Financial, LLC*
9 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| NEW DAY FINANCIAL, LLC, | CASE NO. ED CV 12-01881-DSF |
| Plaintiff, | Hon. Dale S. Fisher |
| v. | **NOTICE OF DISMISSAL** |
| NEW DAY FUNDING CORPORATION and BLUFI LENDING CORPORATION, | |
| Defendant. | |

1   NOTICE IS HEREBY GIVEN that Plaintiff New Day Financial, LLC
2 dismisses the above-captioned action without prejudice pursuant to the parties'
3 Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(A).
4
5
6 Dated: December 20, 2012          VENABLE LLP
7
8
                                    By: /s/ Tamany Vinson Bentz
9                                       Tamany Vinson Bentz
                                        Counsel for Plaintiff New Day
10                                      Financial, LLC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

1

NOTICE OF DISMISSAL